AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 23-8242MB | Date and time warrant executed: <br> 4/21/2023 10:32 am | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br> Postal Inspectors Brian Jess and Robert Firkin | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> 9505 5137 7553 3109 4896 12 <br><br> - Brown cardboard box <br> - Two white cardboard boxes <br> - Clear plastic bags <br> - Ziploc bags containing approximately 6,666.9 grams of M30 pills | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/21/2023

Raymond Shepard
Digitally signed by Raymond Shepard
Date: 2023.04.21 13:56:39 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector

*Printed name and title*